## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2044

OTTER PRODUCTS, LLC, a Colorado
Limited Liability Company,

     Plaintiff,

v.

EAGLECELL, INC., a California
Corporation,

     Defendant.

---

## COMPLAINT AND JURY DEMAND

---

Plaintiff Otter Products, LLC ("OtterBox"), by and through its undersigned attorneys, for its Complaint against Eaglecell, Inc. ("Eaglecell") states as follows:

## <u>PARTIES</u>

1.    Plaintiff OtterBox is a Colorado limited liability company with its principal place of business at 209 S. Meldrum Street, Fort Collins, Colorado 80521.

2.     Upon information and belief, Defendant Eaglecell, Inc. is a California Corporation with a principle place of business at 18535 East Gale Avenue, City of Industry, California 91748.

## JURISDICTION AND VENUE

3.     This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, *et seq.*

4.     This court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1338.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400 because Eaglecell is engaged in the regular, continuous, and systematic transaction of business in this judicial district, including the distribution, sale, and/or offer for sale of the following products through its website:  For iPhone 3G/3GS Armor Case, For ZTE Warp N860 Armor Case with Stand, For ZTE Score X500 Armor Case with Stand, For Samsung Galaxy S II SkyRocket i727 Armor Case with Stand, For Samsung Attain/Galaxy S II/i777/i9100 Armor Case with Stand, For Samsung Hercules/Galaxy S II T-Mobile/T989 Armor Case with Stand, For Samsung Galaxy Note LTE I717 Skin Case + Armor Case with Stand,  For Samsung Galaxy Attain 4G R920 Armor Case with Stand,  For Motorola Droid Razr XT912 Armor Case with Stand, For LG Marquee LS855 Armor Case with Stand, For Huawei Mercury/Glory M886 Armor Case with Stand, For HTC Rezound/Thunderbolt 2/6425 Armor Case with Stand,

For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For iPhone 4 /CDMA /4S Armor Case with Stand, For iPhone 3 Armor Case with Stand, For Motorola Droid Bionic XT875 Armor Case Hard Cover + Silicon Case, For ZTE Score X500 Armor Case Hard Cover+Silicon Case, For Samsung Vibrant (Galaxy S) T959 Armor Case, For Samsung Galaxy Nexus Prime i515 Armor Case with Stand, For Samsung i997 Infuse 4G Armor Case, For Samsung Epic 4G Touch D710 Armor Case with Stand, For HTC Wildfire S/Marvel Armor Case Hard Cover + Silicon Case, For HTC Sensation 4G Armor Case, For HTC Inspire 4G/Desire HD Armor Case, For HTC Evo 4G Armor Case, For HTC Evo 3D/ Evo V Armor Case, For HTC Amaze 4G Armor Case Cover + Silicon, For HTC 6350 Droid Incredible 2 Armor Case, For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case,  For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, For Samsung Attain/i777/i9100/Galaxy S II Armor Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For LG Esteem MS910/Revolution VS910 Hybrid Case, For Huawei Pillar M615/Pinnacle M635 Armor Case Hard Cover + Silicon Case, For Huawei M835 Armor Case, For Motorola i475 Clutch Plus Armor Case, For LG MS690 Optimus M/Optimus C Armor Case, For Huawei M865/Ascend II/Prism Armor Case, For Blackberry 9930 9900 Bold Touch Armor Case with Stand , For Blackberry 9930 9900 Bold Touch Armor Case, For iPhone 4 /CDMA /4S Armor Case, For Samsung R380 Freeform III/Comment Armor Case, For ZTE Warp N860 Fishnet

Hybrid Case, For Samsung Hercules/ Galaxy S II T-Mobile/ T989 Fishnet Hybrid Case, For Samsung Galaxy Attain 4G R920 Fishnet Hybrid Case, For Samsung Epic 4G Touch D710 Fishnet Hybrid Case, For Motorola Droid Razr XT912 Fishnet Hybrid Case, For Huawei Mercury/ Glory M886 Fishnet Hybrid Case, For iPod Touch 4 Fishnet Hybrid Case, For iPhone 3G/3GS Fishnet Hybrid Case, For ZTE Score X500 Armor Case, For BlackBerry 9860-9850 Torch/ 9570 Monaco Fishnet Hybrid Case, For BlackBerry 9930 9900 Bold Touch Fishnet Hybrid Case, For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case, For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For iPhone 4/CDMA/4S Fishnet Hybrid Case.

## OTTERBOX'S INTELLECTUAL PROPERTY

6.     On April 26, 2011, United States Patent No. 7,933,122 ("the '122 Patent"), entitled "PROTECTIVE ENCLOSURE FOR A COMPUTER," was duly and legally issued to Curtis R. Richardson, Alan Morine, Brian Thomas, Jamie Lee Johnson, and Jason Michael Thompson.  A true and correct copy of the '122 Patent is attached as **Exhibit A**.

7.     The '122 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

8.      By assignment, OtterBox owns all rights, title, and interests in and to the '122 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

9.      On May 11, 2010, United States Patent No. D615,535 ("the '535 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson and Jamie L. Johnson. A true and correct copy of the '535 Patent is attached as **Exhibit B**.

10.     The '535 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

11.     By assignment, OtterBox owns all rights, title, and interests in and to the '535 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

12.     On May 11, 2010, United States Patent No. D615,536 ("the '536 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson, John H. Loudenslager, Jamie L. Johnson, W. Travis Smith and Alan V. Morine.  A true and correct copy of the '536 Patent is attached as **Exhibit C**.

13.     The '536 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

14.     By assignment, OtterBox owns all rights, title, and interests in and to the '536 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

15.     On June 15, 2010, United States Patent No. D617,784 ("the '784 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson and Alan V. Morine. A true and correct copy of the '784 Patent is attached as **Exhibit D**.

16.     The '784 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

17.     By assignment, OtterBox owns all rights, title, and interests in and to the '784 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

18.     On June 15, 2010, United States Patent No. D617,785 ("the '785 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson, John H. Loudenslager, Jamie L. Johnson and Stephen Willes. A true and correct copy of the '785 Patent is attached as **Exhibit E**.

19.     The '785 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

20.     By assignment, OtterBox owns all rights, title, and interests in and to the '785 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

21.     On May 17, 2011, United States Patent No. D638,005 ("the '005 Patent"), entitled "CASE," was duly and legally issued to Curtis Richardson, Jamie

Johnson, Alan Morine, Stephen Willes, Cameron Magness.  A true and correct copy of the '005 Patent is attached as **Exhibit F**.

22.     The '005 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

23.     By assignment, OtterBox owns all rights, title, and interests in and to the '005 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

24.     On June 15, 2010, United States Patent No. D617,787 ("the '787 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson, John H. Loudenslager, Jamie L. Johnson, Adam Wibby, Jane Dulany.  A true and correct copy of the '787 Patent is attached as **Exhibit G**.

25.     The '787 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

26.     By assignment, OtterBox owns all rights, title, and interests in and to the '787 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

27.     On May 18, 2010, United States Patent No. D615,967 ("the '967 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson, John H. Loudenslager, Jamie L. Johnson, Alan V. Morine.  A true and correct copy of the '967 Patent is attached as **Exhibit H**.

28.     The '967 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

29.     By assignment, OtterBox owns all rights, title, and interests in and to the '967 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

## FIRST CLAIM FOR RELIEF
## Infringement of U.S. Patent No. 7,933,122

30.     OtterBox incorporates by reference paragraphs 1 through 29 as if set forth in their entirety.

31.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products:  For iPhone 3G/3GS Armor Case, For ZTE Warp N860 Armor Case with Stand, For ZTE Score X500 Armor Case with Stand, For Samsung Galaxy S II SkyRocket i727 Armor Case with Stand, For Samsung Attain/Galaxy S II/i777/i9100 Armor Case with Stand, For Samsung Hercules/Galaxy S II T-Mobile/T989 Armor Case with Stand, For Samsung Galaxy Note LTE I717 Skin Case + Armor Case with Stand, For Samsung Galaxy Attain 4G R920 Armor Case with Stand, For Motorola Droid Razr XT912 Armor Case with Stand, For LG Marquee LS855 Armor Case with Stand, For Huawei Mercury/Glory M886 Armor Case with Stand, For HTC Rezound/Thunderbolt 2/6425 Armor Case with Stand, For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For iPhone 4 /CDMA /4S Armor Case with Stand, For iPhone 3 Armor Case with Stand, For Motorola Droid

Bionic XT875 Armor Case Hard Cover + Silicon Case, For ZTE Score X500 Armor Case Hard Cover + Silicon Case, For Samsung Vibrant (Galaxy S) T959 Armor Case, For Samsung Galaxy Nexus Prime i515 Armor Case with Stand, For Samsung i997 Infuse 4G Armor Case, For Samsung Epic 4G Touch D710 Armor Case with Stand, For HTC Wildfire S/Marvel Armor Case Hard Cover + Silicon Case, For HTC Sensation 4G Armor Case, For HTC Inspire 4G/Desire HD Armor Case, For HTC Evo 4G Armor Case, For HTC Evo 3D/ Evo V Armor Case, For HTC Amaze 4G Armor Case Cover + Silicon, For HTC 6350 Droid Incredible 2 Armor Case, For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case, For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 4 /CDMA /4S Armor Case, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, For Samsung Attain/i777/i9100/Galaxy S II Armor Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For LG Esteem MS910/Revolution VS910 Hybrid Case, For Huawei Pillar M615/Pinnacle M635 Armor Case Hard Cover + Silicon Case, For Huawei M835 Armor Case, For Motorola i475 Clutch Plus Armor Case, For LG MS690 Optimus M/Optimus C Armor Case, For Huawei M865/Ascend II/Prism Armor Case, For Blackberry 9930 9900 Bold Touch Armor Case with Stand, For Blackberry 9930 9900 Bold Touch Armor Case, and For Samsung R380 Freeform III/Comment Armor Case.

32.    Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products

constitute direct infringement of the '122 Patent, in violation of 35 U.S.C.

§ 271(a): For iPhone 3G/3GS Armor Case, For ZTE Warp N860 Armor Case with

Stand, For ZTE Score X500 Armor Case with Stand, For Samsung Galaxy S II

SkyRocket i727 Armor Case with Stand, For Samsung Attain/Galaxy S

II/i777/i9100 Armor Case with Stand, For Samsung Hercules/Galaxy S II T-

Mobile/T989 Armor Case with Stand, For Samsung Galaxy Note LTE I717 Skin

Case + Armor Case with Stand, For Samsung Galaxy Attain 4G R920 Armor Case

with Stand, For Motorola Droid Razr XT912 Armor Case with Stand, For LG

Marquee LS855 Armor Case with Stand, For Huawei Mercury/Glory M886 Armor

Case with Stand, For HTC Rezound/Thunderbolt 2/6425 Armor Case with Stand,

For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For

iPhone 4 /CDMA /4S Armor Case with Stand, For iPhone 3 Armor Case with

Stand, Motorola Droid Bionic XT875 Armor Case Hard Cover + Silicon Case, For

ZTE Score X500 Armor Case Hard Cover + Silicon Case, For Samsung Vibrant

(Galaxy S) T959 Armor Case, For Samsung Galaxy Nexus Prime i515 Armor Case

with Stand, For Samsung i997 Infuse 4G Armor Case, For Samsung Epic 4G

Touch D710 Armor Case with Stand, For HTC Wildfire S/Marvel Armor Case

Hard Cover + Silicon Case, For HTC Sensation 4G Armor Case, For HTC Inspire

4G/Desire HD Armor Case, For HTC Evo 4G Armor Case, For HTC Evo 3D/ Evo

V Armor Case, For HTC Amaze 4G Armor Case Cover + Silicon, For HTC 6350

Droid Incredible 2 Armor Case, For BlackBerry 9860/9850 Torch /9570 Monaco

Armor Case, For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 4/CDMA /4S Armor Case, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, For Samsung Attain/i777/i9100/Galaxy S II Armor Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For LG Esteem MS910/Revolution VS910 Hybrid Case, For Huawei Pillar M615/Pinnacle M635 Armor Case Hard Cover + Silicon Case, For Huawei M835 Armor Case, For Motorola i475 Clutch Plus Armor Case, For LG MS690 Optimus M/Optimus C Armor Case, For Huawei M865/Ascend II/Prism Armor Case, For Blackberry 9930 9900 Bold Touch Armor Case with Stand, For Blackberry 9930 9900 Bold Touch Armor Case, and For Samsung R380 Freeform III/Comment Armor Case.

33.　　Eaglecell's infringement of the '122 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

34.　　Eaglecell's infringement of the '122 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

**SECOND CLAIM FOR RELIEF**
**Infringement of U.S. Patent No. D615,535**

35.　　OtterBox incorporates by reference paragraphs 1 through 34 as if set forth in their entirety.

36.　　Eaglecell's making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For BlackBerry 9360

Apollo/9350/9370 Sedona Armor Case with Stand and For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case.

37.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand and For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case constitute direct infringement of the '535 Patent, in violation of 35 U.S.C. § 271(a).

38.     Eaglecell's infringement of the '535 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

39.     Eaglecell's infringement of the '535 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## THIRD CLAIM FOR RELIEF
## Infringement of U.S. Patent No. D615,536

40.     OtterBox incorporates by reference paragraphs 1 through 39 as if set forth in their entirety.

41.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For ZTE Warp N860 Fishnet Hybrid Case, For Samsung Hercules/ Galaxy S II T-Mobile/ T989 Fishnet Hybrid Case, For Samsung Galaxy Attain 4G R920 Fishnet Hybrid Case, For Samsung Epic 4G Touch D710 Fishnet Hybrid Case, For Motorola Droid Razr

XT912 Fishnet Hybrid Case, For Huawei Mercury/ Glory M886 Fishnet Hybrid Case, For iPod Touch 4 Fishnet Hybrid Case, and For iPhone 3G/3GS Fishnet Hybrid Case.

42.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States For ZTE Warp N860 Fishnet Hybrid Case, For Samsung Hercules/ Galaxy S II T-Mobile/ T989 Fishnet Hybrid Case, For Samsung Galaxy Attain 4G R920 Fishnet Hybrid Case, For Samsung Epic 4G Touch D710 Fishnet Hybrid Case, For Motorola Droid Razr XT912 Fishnet Hybrid Case, For Huawei Mercury/ Glory M886 Fishnet Hybrid Case, For iPod Touch 4 Fishnet Hybrid Case, and For iPhone 3G/3GS Fishnet Hybrid Case constitute direct infringement of the '536 Patent, in violation of 35 U.S.C. § 271(a).

43.     Eaglecell's infringement of the '536 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

44.     Eaglecell's infringement of the '536 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

### FOURTH CLAIM FOR RELIEF
### Infringement of U.S. Patent No. D617,784

45.     OtterBox incorporates by reference paragraphs 1 through 44 as if set forth in their entirety.

46.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, and For iPhone 4/CDMA/4S Armor Case.

47.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, and For iPhone 4/CDMA/4S Armor Case constitute direct infringement of the '784 Patent, in violation of 35 U.S.C. § 271(a).

48.     Eaglecell's infringement of the '784 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

49.     Eaglecell's infringement of the '784 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## FIFTH CLAIM FOR RELIEF
## Infringement of U.S. Patent No. D617,785

50.     OtterBox incorporates by reference paragraphs 1 through 49 as if set forth in their entirety.

51.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case.

14

52.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case constitute direct infringement of the '785 Patent, in violation of 35 U.S.C. § 271(a).

53.     Eaglecell's infringement of the '785 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

54.     Eaglecell's infringement of the '785 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## SIXTH CLAIM FOR RELIEF
### Infringement of U.S. Patent No. D638,005

55.     OtterBox incorporates by reference paragraphs 1 through 54 as if set forth in their entirety.

56.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the iPhone 4/CDMA/4S Fishnet Hybrid Case.

57.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the iPhone 4/CDMA/4S Fishnet Hybrid Case constitute direct infringement of the '005 Patent, in violation of 35 U.S.C. § 271(a).

58.     Eaglecell's infringement of the '005 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

59.     Eaglecell's infringement of the '005 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## EIGHTH CLAIM FOR RELIEF
### Infringement of U.S. Patent No. D617,787

60.     OtterBox incorporates by reference paragraphs 1 through 59 as if set forth in their entirety.

61.     Eaglecell is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For ZTE Score X500 Armor Case and For BlackBerry 9860-9850 Torch/ 9570 Monaco Fishnet Hybrid Case.

62.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For ZTE Score X500 Armor Case and For BlackBerry 9860-9850 Torch/ 9570 Monaco Fishnet Hybrid Case constitute direct infringement of the '787 Patent, in violation of 35 U.S.C. § 271(a).

63.     Eaglecell's infringement of the '787 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

64.     Eaglecell's infringement of the '787 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

**EIGHTH CLAIM FOR RELIEF**
**Infringement of U.S. Patent No. D615,967**

65.     OtterBox incorporates by reference paragraphs 1 through 64 as if set forth in their entirety.

66.     Eaglecell's making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For BlackBerry 9930 9900 Bold Touch Fishnet Hybrid Case.

67.     Eaglecell's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the For BlackBerry 9930 9900 Bold Touch Fishnet Hybrid Case constitute direct infringement of the '967 Patent, in violation of 35 U.S.C. § 271(a).

68.     Eaglecell's infringement of the '967 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

69.     Eaglecell's infringement of the '967 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

70.    OtterBox hereby requests a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, OtterBox prays as follows on all claims:

A.    For a temporary restraining order, and preliminary and permanent injunctions enjoining and restraining Eaglecell, and all related entities or persons acting in concert with them, from manufacturing, selling, or offering for sale the following products: For iPhone 3G/3GS Armor Case, For ZTE Warp N860 Armor Case with Stand, For ZTE Score X500 Armor Case with Stand, For Samsung Galaxy S II SkyRocket i727 Armor Case with Stand, For Samsung Attain/Galaxy S II/i777/i9100 Armor Case with Stand, For Samsung Hercules/Galaxy S II T-Mobile/T989 Armor Case with Stand, For Samsung Galaxy Note LTE I717 Skin Case + Armor Case with Stand,  For Samsung Galaxy Attain 4G R920 Armor Case with Stand,  For Motorola Droid Razr XT912 Armor Case with Stand, For LG Marquee LS855 Armor Case with Stand, For Huawei Mercury/Glory M886 Armor Case with Stand,  For HTC Rezound/Thunderbolt 2/6425 Armor Case with Stand, For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For iPhone 4 /CDMA /4S Armor Case with Stand, For

iPhone 3 Armor Case with Stand, Motorola Droid Bionic XT875 Armor Case Hard Cover + Silicon Case, For ZTE Score X500 Armor Case Hard Cover + Silicon Case,  For Samsung Vibrant (Galaxy S) T959 Armor Case, For Samsung Galaxy Nexus Prime i515 Armor Case with Stand, For Samsung i997 Infuse 4G Armor Case, For Samsung Epic 4G Touch D710 Armor Case with Stand, For HTC Wildfire S/Marvel Armor Case Hard Cover + Silicon Case, For HTC Sensation 4G Armor Case, For HTC Inspire 4G/Desire HD Armor Case, For HTC Evo 4G Armor Case, For HTC Evo 3D/ Evo V Armor Case, For HTC Amaze 4G Armor Case Cover + Silicon, For HTC 6350 Droid Incredible 2 Armor Case, For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case,  For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover + Silicon Case, For Samsung Attain/i777/i9100/Galaxy S II Armor Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For LG Esteem MS910/Revolution VS910 Hybrid Case, For Huawei Pillar M615/Pinnacle M635 Armor Case Hard Cover + Silicon Case, For Huawei M835 Armor Case, For Motorola i475 Clutch Plus Armor Case, For LG MS690 Optimus M/Optimus C Armor Case, For Huawei M865/Ascend II/Prism Armor Case,  For Blackberry 9930 9900 Bold Touch Armor Case with Stand , For Blackberry 9930 9900

Bold Touch Armor Case, For iPhone 4 /CDMA /4S Armor Case, For Samsung R380 Freeform III/Comment Armor Case, For ZTE Warp N860 Fishnet Hybrid Case, For Samsung Hercules/ Galaxy S II T-Mobile/ T989 Fishnet Hybrid Case, For Samsung Galaxy Attain 4G R920 Fishnet Hybrid Case, For Samsung Epic 4G Touch D710 Fishnet Hybrid Case, For Motorola Droid Razr XT912 Fishnet Hybrid Case, For Huawei Mercury/ Glory M886 Fishnet Hybrid Case, For iPod Touch 4 Fishnet Hybrid Case, For iPhone 3G/3GS Fishnet Hybrid Case, For ZTE Score X500 Armor Case, For BlackBerry 9860-9850 Torch/ 9570 Monaco Fishnet Hybrid Case, For BlackBerry 9930 9900 Bold Touch Fishnet Hybrid Case,  For BlackBerry 9360 Apollo/9350/9370 Sedona Armor Case with Stand, For BlackBerry 9860/9850 Torch /9570 Monaco Armor Case, For iPod Touch 4G Armor Case Cover + Silicon, For iPhone 3G/3GS Armor Case Hard Cover +Silicon Case, For Samsung R720 Admire/R720 Rookie/Vitality Hybrid Case, For iPhone 4 /CDMA /4S Fishnet Hybrid Case.

B.    For an award of OtterBox's damages as appropriate under the patent laws of the United States, comprising:

     (i)    Lost profits, in an amount to be ascertained at trial;

     (ii)    A reasonable royalty, in an amount to be ascertained at trial;

C.     For its reasonable attorneys' fees and costs; and

D.     For such other and further relief as the Court deems just and proper.


DATED: August 3, 2012            TURNER BOYD LLP

*/s/ Anna Lam*

**Anna Lam**
Karen I. Boyd
Rachael Lamkin
James W. Beard
lam@turnerboyd.com
boyd@turnerboyd.com
lamkin@turnerboyd.com
beard@turnerboyd.com

2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
Telephone:   (650) 521-5930
Facsimile:   (650) 521-5931

*Attorneys for Otter Products, LLC,*
*d/b/a OtterBox*