IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-02044-WYD-KMT

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

EAGLECELL, INC., a California Corporation,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Joint Motion To Dismiss [ECF No. 33], filed on April 2, 2013.  After careful consideration, it is

    ORDERED that the parties' motion [ECF No. 33] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

    Dated:  April 11, 2013.

                                  BY THE COURT:

                                  <u>/s/ Wiley Y. Daniel</u>
                                  Wiley Y. Daniel
                                  Senior U. S. District Judge